B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Draiman, Nachshon | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>xxx-xx-9649 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>195 N. Harbor Drive<br>Unit 502<br>Chicago, IL                    ZIP Code 60601 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>Cook | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>7520 N. Skokie Blvd.<br>Skokie, IL                    ZIP Code 60077 | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13          ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."          ■ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br><br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information          *** Michael L. Ralph 2279304 *** | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |

B1 (Official Form 1)(1/08)                                                                                                  Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Draiman, Nachshon |

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location | Case Number: | Date Filed: |
|---|---|---|
| Where Filed:  Please See Attached Narrative Exhibit | 04-11689 | 3/24/04 |
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| Multiut Corporation | 09-17575 | 5/14/09 |
| District: United States Bankruptcy Court, Northern District of Illinois | Relationship: Shareholder/Director/Officer | Judge: Judge John H. Squires |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X** /s/ Michael L. Ralph                              May 14, 2009 |
| | Signature of Attorney for Debtor(s)               (Date) |
| | Michael L. Ralph 2279304 |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

■ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                                          Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Draiman, Nachshon |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  /s/ Nachshon Draiman
_____
Signature of Debtor  Nachshon Draiman

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

May 14, 2009
_____
Date

### Signature of Attorney*

X  /s/ Michael L. Ralph
_____
Signature of Attorney for Debtor(s)

Michael L. Ralph 2279304
_____
Printed Name of Attorney for Debtor(s)

Ralph, Schwab & Schiever, Chartered
_____
Firm Name

175 East Hawthorn Parkway
Suite 345
Vernon Hills, IL 60061
_____
Address

847-367-9699  Fax: 847-367-9621
_____
Telephone Number

May 14, 2009
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D(Official Form 1, Exhibit D) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re   Nachshon Draiman                          Case No. _____

                       Debtor(s)         Chapter    11

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D(Official Form 1, Exhibit D) (12/08) - Cont.

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   /s/ Nachshon Draiman
                       Nachshon Draiman

Date:   May 14, 2009

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re  Nachshon Draiman

Debtor(s)

Case No.

Chapter   11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Alan Mandel 7520 N. Skokie Blvd. Skokie, IL 60077 | Alan Mandel 7520 N. Skokie Blvd. Skokie, IL 60077 | Attorney's Fees and Costs | Disputed Subject to Setoff | 193,963.62 |
| BankFinancial, F.S.B. 3443 W. Touhy Avenue Lincolnwood, IL 60712 | Bank Financial 3443 W. Touhy Avenue Lincolnwood, IL 60712 | Personal Line of Credit | | 120,000.00 |
| BankFinancial, F.S.B. 3443 W. Touhy Avenue Lincolnwood, IL 60712 | Bank Financial 3443 W. Touhy Avenue Lincolnwood, IL 60712 | Guaranty on Bank Loan, Lifescan Laboratiries, Inc. | Contingent Unliquidated | 259,748.58 |
| BankFinancial, F.S.B. 3443 W. Touhy Avenue Lincolnwood, IL 60712 | Bank Financial 3443 W. Touhy Avenue Lincolnwood, IL 60712 | Guaranty on Bank Loan, Peterson Park Health Care Center | Contingent Unliquidated | 1,048,361.25 |
| BankFinancial, F.S.B. 3443 W. Touhy Avenue Lincolnwood, IL 60712 | Bank Financial 3443 W. Touhy Avenue Lincolnwood, IL 60712 | Guaranty of Real Estate Mortgage Loan, Lifescan Laboratiries, Inc. | Contingent Unliquidated | 859,670.31 |
| Brickyard Bank 6676 N. Lincoln Avenue Lincolnwood, IL 60712-3631 | Brickyard Bank 6676 N. Lincoln Avenue Lincolnwood, IL 60712-3631 | Guaranty on Bank Loan, Embassy Holdings, LLC | Contingent Unliquidated | 2,200,000.00 |
| Brickyard Bank 6676 N. Lincoln Avenue Lincolnwood, IL 60712-3631 | Regina Hirn Brickyard Bank 6676 N. Lincoln Avenue Lincolnwood, IL 60712-3631 847-979-2265 | Personal line of credit | | 677,251.85 |
| Cole Taylor Bank 225 W. Washington St. 8th Floor Chicago, IL 60606 | Jonathon Rothstein Cole Taylor Bank 225 W. Washington St., 8th Floor Chicago, IL 60606 312-442-5000 | Guaranty of Bank Loan LOC, LCF Associates | Contingent Unliquidated | 400,000.00 |
| Cole Taylor Bank 225 W. Washington St. 8th Floor Chicago, IL 60606 | Cole Taylor Bank 225 W. Washington St., 8th Floor Chicago, IL 60606 | Guaranty of Real Estate Mortgage Loan, LCF Associates | Contingent Unliquidated | 1,000,000.00 |
| Danny Shabat 3531 W. Howard Skokie, IL 60076 | Danny Shabat 3531 W. Howard Skokie, IL 60076 | | | 200,000.00 |

B4 (Official Form 4) (12/07) - Cont.

In re    Nachshon Draiman                                          Case No. _____
                              Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Dynegy Marketing and Trade<br>1000 Louisiana<br>Suite 5800<br>Houston, TX 77002 | Dynegy Marketing and Trade<br>1000 Louisiana, Suite 5800<br>Houston, TX 77002 | Judgment Creditor - Appeal Pending | Disputed | 15,348,244.72 |
| First Bank<br>900 East Higgins Road<br>Elk Grove Village, IL 60007 | First Bank<br>900 East Higgins Road<br>Elk Grove Village, IL 60007 | Guaranty of Bank Loan for now inactive business, Embassy Day Care Center, Inc. | Contingent<br>Unliquidated<br>Disputed | 800,000.00 |
| Great-West Life & Annuity et al.<br>c/o Chittenden Murday Novotny<br>303 W. Madison #1400<br>Chicago, IL 60606 | Great-West Life & Annuity et al.<br>c/o Chittenden Murday Novotny<br>303 W. Madison #1400<br>Chicago, IL 60606 | Pending litigation - health insurance claims | Contingent<br>Unliquidated<br>Disputed | 142,360.00 |
| Greenberg Traurig<br>77 West Wacker Drive<br>Suite 2500<br>Chicago, IL 60601 | Greenberg Traurig<br>77 West Wacker Drive, Suite 2500<br>Chicago, IL 60601 | Attorneys' Fees and Costs | Disputed<br>Subject to Setoff | 827,310.10 |
| Israel Discount Bank<br>Yehuda Halevy 27-31<br>POB 456<br>Tel Aviv , Israel, 65136 | Israel Discount Bank<br>Yehuda Halevy 27-31, P.O. Box 456<br>Tel Aviv, Israel 65136 | Pending Litigation | Contingent<br>Unliquidated<br>Disputed<br>Subject to Setoff | 25,000,000.00 |
| Peterson Park<br>7520 Skokie Blvd.<br>Skokie, IL 60077 | Peterson Park<br>7520 Skokie Blvd.<br>Skokie, IL 60077 | | Contingent<br>Unliquidated<br>Disputed | 3,000,000.00 |
| Premier Bank<br>1210 Central Avenue<br>Wilmette, IL 60091 | Ginett Ramos<br>Premier Bank<br>1210 Central Avenue<br>Wilmette, IL 60091<br>847-920-1400 | Guaranty on Bank Loan, Embassy Holdings, LLC | Contingent<br>Unliquidated | 749,316.68 |
| Robert Hartman<br>6633 N. Lincoln Avenue<br>Lincolnwood, IL 60712 | Robert Hartman<br>6633 N. Lincoln Avenue<br>Lincolnwood, IL 60712 | Loan - Business | | 200,000.00 |
| Ron Shabat<br>5936 N. Bernard<br>Chicago, IL 60659 | Ron Shabat<br>5936 N. Bernard<br>Chicago, IL 60659 | | | 750,000.00 |
| Virginia Feddeler et al.<br>c/o Paul R. Shuldiner<br>20 S. Clark #500<br>Chicago, IL 60603 | Virginia Feddeler et al.<br>c/o Paul R. Shuldiner<br>20 S Clark #500<br>Chicago, IL 60603 | Pending litigation - personal injury torte claim | Contingent<br>Unliquidated<br>Disputed | 3,000,100.00 |

**B4 (Official Form 4) (12/07) - Cont.**

In re    Nachshon Draiman                                                    Case No. _____
                          Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

        I, Nachshon Draiman, the debtor in this case, declare under penalty of perjury that I have read the foregoing list
and that it is true and correct to the best of my information and belief.

Date   May 14, 2009                              Signature    /s/ Nachshon Draiman
                                                                          Nachshon Draiman
                                                                          Debtor

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Embassy Holdings, LLC
7520 Skokie Boulevard
Skokie, IL 60077

1ST Equity Bank
3956 W. Dempster
Skokie, IL 60076

Alan Mandel
7520 N. Skokie Blvd.
Skokie, IL 60077

AT&T
Bankruptcy Department
P.O. Box 769
Arlington, TX 76004

AT&T
Bankruptcy Department
P.O. Box 76004
Arlington, TX 76004

Bank Financial Visa
P.O. Box 491
Lincolnshire, IL 60069-0491

BankFinancial, F.S.B.
3443 W. Touhy Avenue
Lincolnwood, IL 60712

Brickyard Bank
6676 N. Lincoln Avenue
Lincolnwood, IL 60712-3631

Bruria Draiman
6005 N. Kimball
Unit 304
Chicago, IL 60659

Business Card Services
P.O. Box 84030
Columbus, GA 31908-4030

Capital One FSB (Add Notice)
Ref:
P.O. Box 85015
Richmond, VA 23285-5015

Capital One FSB (Collections)
Attn: Collections/Ref:
P.O. Box 85147
Richmond, VA 23285

Capital One FSB (Main Corresp)
Ref:
P.O. Box 30285
Salt Lake City, UT 84130

Chase Card Services/5493-Auto
P.O. Box 15298
Wilmington, DE 19850-5298

Chase Card Services/8882-Office
P.O. Box 15298
Wilmington, DE 19850-5298

Chase Card Services/9301
P.O. Box 15298
Wilmington, DE 19850-5298

Cole Taylor Bank
225 W. Washington St.
8th Floor
Chicago, IL 60606

Comcast
P.O. Box 3001
Southeastern, PA 19398

ComEd, Attn:  Revenue Mgmt.
Customer Care Center Building
2100 Swift Drive
Oak Brook, IL 60523

Countrywide
P.O. Box 5170
Simi Valley, CA 93062-5170

Countrywide Bank
P.O. Box 5170
Simi Valley, CA 93062-5170


Countrywide Home Loans
P.O. Box 5170
Simi Valley, CA 93062-5170


Danny Shabat
3531 W. Howard
Skokie, IL 60076


DirecTV, Inc.
P.O. Box 9001069
Louisville, KY 40290-1069


Dr. J Segev & Co Law Office
4 Wissotzky St.
Tel Aviv 62502 Isreal


Dynamex, Inc.
131 E. Thorndale Avenue
Wood Dale, IL 60191


Dynegy Marketing and Trade
1000 Louisiana
Suite 5800
Houston, TX 77002


Dynegy Marketing and Trade
c/o Barry Hyman and Helen Wilson
SCHIFF HARDIN & WAITE
Chicago, IL 60606


Embassy Care Center, Inc.
7520 Skokie Blvd.
Skokie, IL 60077


Federal Express
P.O. Box 94515
Palatine, IL 60094


First Bank
900 East Higgins Road
Elk Grove Village, IL 60007

Ford Motor Credit
1005 Convention Plaza
Saint Louis, MO 63101


Gershon Bassman


Great-West Life & Annuity et al.
c/o Chittenden Murday Novotny
303 W. Madison #1400
Chicago, IL 60606


Greenberg Traurig
77 West Wacker Drive
Suite 2500
Chicago, IL 60601


Haim Samet, Steinmetz, Haring, & Co
Levinstein Tower, 18th Floor
23 Begin Road
Tel Aviv 66184 Isreal


Hinkley Springs
P.O. Box 660579
Dallas, TX 75266-0579


Humana Comp Benefits
200 W. Jackson Blvd.
9th Floor
Chicago, IL 60606


Indy Mac Bank
1 Banting
Irvine, CA 92618


Internal Revenue Service
Department of the Treasury
Cincinnati, OH 45999


Israel Discount Bank
Yehuda Halevy 27-31
POB 456
Tel Aviv , Israel, 65136

Key Bank
4910 Tiedeman Road
Cleveland, OH 44144


Leland J. Cohn
7519 N. Lowell
Skokie, IL 60077


Melissa Maddy
c/o Steven J. Malman Law Office
205 W. Randolph, #1040
Chicago, IL 60606


NAME OF PARTY
12922 Bullfrog Creek Road
Gibsonton, FL 33534


Peterson Park
7520 Skokie Blvd.
Skokie, IL 60077


Premier Bank
1210 Central Avenue
Wilmette, IL 60091


Robert Hartman
6633 N. Lincoln Avenue
Lincolnwood, IL 60712


Ron Shabat
5936 N. Bernard
Chicago, IL 60659


Safe Alarm Industries
7855 N. Gross Point Road
Skokie, IL 60077


Sam Lipshitz
3942 N. Enfield
Skokie, IL 60076


Sprint
P.O. Box 660075
Dallas, TX 75266-0075

Standard Insurance Company
P.O. Box 5676
Portland, OR 97228-5676


State Farm Insurance
Insurance Support Center
P.O. Box 680001
Dallas, TX 75368-0001


State Farm Insurance Companies
P.O. Box 2329
Bloomington, IL 61702


The Hartford
P.O. Box 2907
Hartford, CT 06104-2907


The Hartford/Business
P.O. Box 2907
Hartford, CT 06104-2907


Unicare Health Insurance
P.O. Box 0797
Carol Stream, IL 60132


Virginia Feddeler et al.
c/o Paul R. Shuldiner
20 S. Clark #500
Chicago, IL 60603

## NARRATIVE EXHIBIT TO

## <u>VOLUNTARY CHAPTER 11 PETITION OF NACHSHON DRAIMAN</u>

### <u>Prior Bankruptcy Cases Filed Within Last 8 Years:</u>

On March 24, 2004, an Involuntary Chapter 7 Bankruptcy Petition was filed in the U.S. Bankruptcy Court, Northern District of Illinois, Eastern Division as Case Number 04-11689 against Nachshon Draiman ("Alleged Debtor") by Yehuda Draiman, M. Draiman Corp., and U.S. Gas & Energy Corp., ("2004 Bankruptcy").

On or about March 26, 2004, counsel for the Alleged Debtor in the 2004 Bankruptcy case filed an Emergency Notice of Motion and Motion to Dismiss Case ("Motion to Dismiss"), and a Notice of Motion and Motion to Award Costs, Attorneys, Fees and Damages and Punitive Damages in Favor of Alleged Debtor ("Motion for Sanctions") in the 2004 Bankruptcy case.

On or about March 26, 2004, the Court in the 2004 Bankruptcy case entered an order granting the Alleged Debtor's Motion to Dismiss ("Order Dismissing") the 2004 Bankruptcy case. A copy of the Order Dismissing the 2004 Bankruptcy case is attached to this Narrative Exhibit.

On or about April 22, 2004, the Court in the 2004 Bankruptcy case denied Yehuda Draiman's Motion to Reinstate the Involuntary Bankruptcy Petition in the 2004 Bankruptcy case.

On or about May 21, 2004, the Court in the 2004 Bankruptcy case denied Yehuda Draiman's Motion to Reconsider in the 2004 Bankruptcy case.

On or about June 28, 2004, the Court in the 2004 Bankruptcy case partially granted the Alleged Debtor's Motion for Sanctions against Yehuda Draiman, M. Draiman Corp., and U.S. Gas & Energy Corp., relative to the Alleged Debtor's request for attorneys' fees, expenses and costs in the 2004 Bankruptcy case. The Court in the 2004 Bankruptcy case continued the hearing on the Alleged Debtor's request for punitive damages.

On or about July 13, 2004, the Court in the 2004 Bankruptcy case entered judgment in favor of the Alleged Debtor and against Yehuda Draiman, M. Draiman Corp., and U.S. Gas & Energy Corp., relative to the Alleged Debtor's request for punitive damages.

On or about July 14, 2004, Yehuda Draiman filed with the Court in the 2004 Bankruptcy case a Notice of Appeal. On or about March 31, 2008, the Honorable Judge David H. Coar of the U.S. States District Court, Northern District of Illinois, affirmed the 2004 Bankruptcy Court's judgments and orders dated March 26, 2004, June 28, 2004, and July 13, 2004.

3/31/2009 8:08 PM
202151_1:08-1166

On April 21, 2008, the 2004 Bankruptcy case was closed and the assigned Chapter 7 Trustee was discharged.

The 2004 Bankruptcy docket available from U.S. Bankruptcy Court, Northern District of Illinois Live System is attached hereto.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| NACHSHON DRAIMAN, | ) | Case No. 04-11689 |
| | ) | |
| Alleged Debtor. | ) | |

### ORDER GRANTING EMERGENCY MOTION OF ALLEGED DEBTOR TO DISMISS INVOLUNTARY CASE

Upon consideration of the Emergency Motion (the "**Motion**") of Nachshon Draiman (the "**Alleged Debtor**"), to (a) Dismiss Involuntary Case, (b) Award Costs, Attorneys Fees, Damages and Punitive Damages in Favor of Alleged Debtor, and (c) Impose Criminal Sanctions Against Petitioning Creditors; and upon a hearing thereon, and upon due consideration and for cause shown; it is hereby

ORDERED that the Motion is granted, in part, as set forth herein; and it is further

ORDERED that the involuntary case is dismissed ~~with prejudice~~; and it is further

~~ORDERED that the petition creditors are hereby barred from filing any petitions in this Court for twenty-four (24) months from the date of entry of this Order.~~

Dated: Chicago, Illinois
**MAR 2 6 2004** 2004

_____
UNITED STATES BANKRUPTCY JUDGE

Form ntcdsm

## UNITED STATES BANKRUPTCY COURT
### *Northern District of Illinois*
### *Eastern Division*
### *219 S Dearborn*
### *7th Floor*
### *Chicago, IL 60604*

Case No.: 04−11689
Chapter: 7
Judge: Eugene R. Wedoff

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
    Nachshon Draiman
    7520 N. Skokie Blvd.
    Skokie, IL 60077
Social Security No.:

Employer's Tax I.D. No.:

### NOTICE OF DISMISSAL

You are hereby notified that an Order Dismissing the above case was entered on March 26, 2004

Dated: March 26, 2004                    Kenneth S. Gardner , Clerk
                                         United States Bankruptcy Court

CLOSED

**U.S. Bankruptcy Court**
**Northern District of Illinois (Chicago)**
**Bankruptcy Petition #: 04-11689**

|  |  |
|---|---|
| *Assigned to:* Honorable Judge John D. Schwartz | *Date filed:* 03/24/2004 |
| Chapter 7 | *Date reopened:* 05/24/2004 |
| Involuntary | *Date terminated:* 04/21/2008 |
| No asset | *Date dismissed:* 03/26/2004 |

*Petitioning Creditor*
**Yehuda Draiman**
2640 W. Touhy, No. 210
Chicago, IL 60645

represented by **Yehuda Draiman**
PRO SE

*Petitioning Creditor*
**M. Draiman Corp**
2640 Touhy Ave, No. 210
Chicago, IL 60645

represented by **M. Draiman Corp**
PRO SE

*Petitioning Creditor*
**U.S. Gas & Energy Corp**
2640 W. Touhy Ave., No 210
Chicago, IL 60645

represented by **U.S. Gas & Energy Corp**
PRO SE

*Alleged Debtor*
**Nachshon Draiman**
7520 N. Skokie Blvd.
Skokie, IL 60077
SSN / ITIN: xxx-xx-0000

represented by **Matthew Gensburg**
Greenberg Taurig LLP
77 West Wacker Drive Suite 2500
Chicago, IL 60601
312 456-8400
Fax : 312-456-8435
Email: gensburgm@gtlaw.com

**Patrick M Jones**
Geenberg Traurig PC
77 W Wacker #2400
Chicago, IL 60601

**Paul T Fox**
Greenberg Traurig LLP
77 W Wacker Dr
Suite 2500
Chicago, IL 60601

*U.S. Trustee*

**William T Neary**
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604
312-886-5785

| Filing Date | # | Docket Text |
|---|---|---|
| 03/24/2004 | 1 | Chapter 7 Involuntary Petition. Filed by Yehuda Draiman , M. Draiman Corp , U.S. Gas & Energy Corp . (Ross, Demetrius) Additional attachment(s) added on 4/2/2004 (Brennan, Kelly). (Entered: 03/24/2004) |
| 03/24/2004 | 2 | Involuntary Summons Issued on Nachshon Draiman . (Ross, Demetrius) Additional attachment(s) added on 4/2/2004 (Brennan, Kelly). (Entered: 03/24/2004) |
| 03/24/2004 | 3 | Receipt of Chapter 7 Filing Fee - $209.00 by DR. Receipt Number 03070726. Payment received from Draiman, Yehuda. (Entered: 03/25/2004) |
| 03/26/2004 | 4 | Notice of Motion and Motion to Dismiss Case,Notice of Motion and Motion to Award Costs, Attorneys, Fees and Damages and Punitive Damages in Favor of Alleged Debtor, Notice of Motion and Motion to Impose Criminal Sanctons Against Petitioning Creditor Filed by Paul T Fox on behalf of Nachshon Draiman . Hearing scheduled for 3/26/2004 at 03:00 AM at 219 South Dearborn, Courtroom 744, Chicago, Illinois 60604. (Attachments: # 1 Volume(s) # 2 Volume(s) # 3 Volume(s) # 4 Proposed Order # 5 Proposed Order) (Mcwilliams, Della) (Entered: 03/26/2004) |
| 03/26/2004 | 5 | Rule 9011 Certification Regarding Request for Emergency Hearing Filed by Paul T Fox on behalf of Nachshon Draiman (RE: 4 Motion to Dismiss Case, , ). (Mcwilliams, Della) (Entered: 03/26/2004) |
| 03/26/2004 | 6 | Appearance Filed by Matthew Gensburg , Patrick M Jones , Paul T Fox on behalf of Nachshon Draiman . (Mcwilliams, Della) (Entered: 03/26/2004) |
| 03/26/2004 | 7 | Order Granting Motion to Dismiss Case (Related Doc # 4 ). Signed on 3/26/2004. (Mcwilliams, Della) (Entered: 03/26/2004) |
| | | Order Case Reassigned. Judge John D Schwartz added to case. Involvement of Judge Eugene R. Wedoff Terminated . Signed on |

| 03/26/2004 | <u>8</u> | 3/26/2004 (Mcwilliams, Della) (Entered: 03/26/2004) |
|---|---|---|
| 03/26/2004 | <u>9</u> | BNC Certificate of Mailing - Notice of Dismissal No. of Notices: 7. Service Date 03/28/2004. (Related Doc # <u>7</u> ) (Admin.) (Entered: 03/29/2004) |
| 03/29/2004 | <u>10</u> | Notice of Hearing re: Motion to Award Costs, Attorneys Fees, Damages and Punitive Damages in Favor of Alleged Debtor against Petititoning Creditor Filed by Matthew Gensburg on behalf of Nachshon Draiman . Hearing scheduled for 4/1/2004 at 10:00 AM at 219 South Dearborn, Courtroom 719, Chicago, Illinois 60604. (Mcwilliams, Della) (Entered: 03/30/2004) |
| 03/29/2004 | <u>11</u> | Order RE: Case reassigned from Judge Wedoff to Judge Schwartz . Signed on 3/29/2004 (Mcwilliams, Della) (Entered: 03/30/2004) |
| 03/29/2004 | <u>12</u> | Certificate of Mailing/Service (RE: <u>11</u> Order (Generic)). (Mcwilliams, Della) (Entered: 03/30/2004) |
| 03/30/2004 | 13 | Bankruptcy Case Closed and Trustee Discharged . (Mcwilliams, Della) (Entered: 03/30/2004) |
| 03/31/2004 | <u>14</u> | Appearance Filed by Alan J Mandel on behalf of Nachshon Draiman . (Sims, Mildred) (Entered: 04/01/2004) |
| 04/02/2004 | 15 | Hearing Continued (RE: <u>1</u> Involuntary Petition (Chapter 7)). Status hearing to be held on 4/20/2004 at 01:15 PM at 219 South Dearborn, Courtroom 719, Chicago, Illinois 60604. (Watson, Anthony) (Entered: 04/02/2004) |
| 04/02/2004 | <u>16</u> | Order Scheduling Yehuda Draiman, M Draiman Corp and US Gas & Engery Corp and anyone acting in concert with the Petitioning Creditors, shall be and hereby are restrained and enjoined from filing of causing to be filed any new petitions, motions or other matters seeking affirmative relief under Title 11 within first serve by messenger delivery such proposed pleading to Paul Fox and Alan J Mandel and simultaneously submitting such proposed pleading to the Chief Judge of this Court. Hearing on Yehuda Draiman's motion to reinstate cases and evidentiary hearing on Nachshon Draiman's motion for sanctions, including actual damages, punitive damages and attorneys fees and the subpoena served upon Yehuda Draiman on 3/31/2004 to testify at such hearing is scheduled for 4/20/2004 at 01:15 PM at 219 South Dearborn, Courtroom 719, Chicago, Illinois 60604. Responses due by 4/8/2004. Signed on 4/2/2004 (Mcwilliams, Della) (Entered: 04/02/2004) |

| 04/08/2004 | <u>17</u> | Response in Opposition to Motion to Reinstate Invountary Bankruptcy Case to Filed by Paul T Fox on behalf of Nachshon Draiman (Mcwilliams, Della) (Entered: 04/08/2004) |
| 04/08/2004 | <u>18</u> | Notice of Filing Filed by Paul T Fox on behalf of Nachshon Draiman (RE: <u>17</u> Response). (Mcwilliams, Della) (Entered: 04/08/2004) |
| 04/22/2004 | <u>19</u> | Order Scheduling . The motion of Yehuda Draiman to reinstate the Involunary Bankruptcy Petition is denied. Hearing on the motion of the former alleged debtor for sanctions scheduled for 5/26/2004 at 10:30 AM at 219 South Dearborn, Courtroom 719, Chicago, Illinois 60604. pre-hearing memorandum by Nachshon Draiman due by 5/19/2004. Signed on 4/22/2004 (Mcwilliams, Della) (Entered: 04/26/2004) |
| 05/17/2004 | <u>20</u> | Notice of Motion and Motion to Continue/Reschedule Hearing of 5/26/2004 Filed by Yehuda Draiman . Hearing scheduled for 5/19/2004 at 10:00 AM at 219 South Dearborn, Courtroom 719, Chicago, Illinois 60604. (Mcwilliams, Della) (Entered: 05/18/2004) |
| 05/17/2004 | <u>21</u> | Amended Motion to Reconsider (related documents <u>16</u> Order Scheduling, , , ) Filed by Yehuda Draiman . (Mcwilliams, Della) (Entered: 05/18/2004) |
| 05/17/2004 | <u>22</u> | Amended Motion to Reconsider Bankruptcy and Response to Muliut Corporation/Nachshon Draiman's Motion to Deny Reinstatement of Bankruptcy (related documents <u>1</u> Involuntary Petition (Chapter 7)) Filed by Yehuda Draiman . (Mcwilliams, Della) (Entered: 05/18/2004) |
| 05/18/2004 | <u>23</u> | Amended Motion to Reinstate Case Filed by Yehuda Draiman . (Mcwilliams, Della) (Entered: 05/18/2004) |
| 05/19/2004 | 24 | Hearing Scheduled for 5/26/04 is RE-SCHEDULED (RE: <u>1</u> Involuntary Petition (Chapter 7)). Status hearing to be held on 6/21/2004 at 10:30 AM at 219 South Dearborn, Courtroom 719, Chicago, Illinois 60604. (Watson, Anthony) (Entered: 05/19/2004) |
| 05/21/2004 | <u>25</u> | Order Denying Motion To Reconsider. The hearing on the Alleged Debtor's motion for sanctions is reset for 6/21/2004 at 10:30 a.m. The former Alleged Debtor shall file its pre-hearing memorandum regarding its motion for sanctions on or before 6/14/2004 (Related Doc # <u>21</u> ). Signed on 5/21/2004. (Mcwilliams, Della) (Entered: 05/21/2004) |

| 05/24/2004 | 26 | Order Reopen Case and the Dismissal shall stand. Case was inadvertently closed due to clerical error. . Signed on 5/24/2004 (Sims, Mildred) (Entered: 05/24/2004) |
| 06/21/2004 | 27 | Hearing Continued (RE: 1 Involuntary Petition (Chapter 7)). Status hearing to be held on 7/12/2004 at 10:00 AM at 219 South Dearborn, Courtroom 719, Chicago, Illinois 60604. (Watson, Anthony) (Entered: 06/21/2004) |
| 06/28/2004 | 28 | Order Scheduling .Debtor's motion for an award of attorneys' fees and costs and damages is granted in part and continued in part. The court enters judgment in favor of Debtor and against Yehuda Draiman, US Gas and Energy Inc and M Draiman Corp jointly and severally in the amount of $25,000.00 in attorneys fees and costs. Hearing scheduled for 7/12/2004 at 10:00 AM . Responses due by 6/28/2004. Signed on 6/28/2004 (Mcwilliams, Della) (Entered: 06/28/2004) |
| 07/06/2004 | 29 | **INCORRECT EVENT ENTERED** Notice of Motion and Motion to Vacate (related documents 25 Order on Motion To Reconsider, ) Filed by Yehuda Draiman . Hearing scheduled for 7/12/2004 at 10:00 AM at 219 South Dearborn, Courtroom 719, Chicago, Illinois 60604. (Williams, Marie) Modified on 8/13/2004 (Mcwilliams, Della). (Entered: 07/08/2004) |
| 07/06/2004 | 42 | Notice of Motion to reconsider the order of 6/21/2004 of the Court awarding fees to Multiut Corporation and Nachshon Draiman Filed by Yehuda Draiman . (Mcwilliams, Della) (Entered: 08/13/2004) |
| 07/08/2004 | 30 | Joint Notice of Motion and Motion for Criminal Referral, Notice of Motion and Motion to Strike Pleadings filed by Yehuda Draiman Filed by Paul T Fox on behalf of Nachshon Draiman . Hearing scheduled for 7/12/2004 at 10:00 AM at 219 South Dearborn, Courtroom 719, Chicago, Illinois 60604. (Sims, Mildred) (Entered: 07/08/2004) |
| 07/13/2004 | 31 | Order Judgment is entered in favor of Nachshon Draiman and against Yeshuda Draiman, M Draiman Corporation and US Gas & Energy Corp in the amount of $450,000.00 in punitive damages, said judgment being in addiiton to and not in lieu of, the relief granted and the judgments entered by this Court in favor of Nachshon Draiman and against Yehuda Draiman, M Draiman Corporation and US Gas & Energy Corp by this Court's order of 6/28/2004. Yehuda Draiman's motions to reconsider this Court's order of 6/28/2004 and for protective order and for appointment of counsel are denied . Signed on 7/13/2004 (Mcwilliams, Della) (Entered: 07/14/2004) |

| 07/14/2004 | 32 | Receipt of Notice of Appeal Fee- $5.00 by EG. Receipt Number 03090770. Payment received from Draiman. (Entered: 07/15/2004) |
|---|---|---|
| 07/14/2004 | 33 | Receipt of Docketing of Appeal Fee- $250.00 by EG. Receipt Number 03090770. Payment received from Draiman. (Entered: 07/15/2004) |
| 07/14/2004 | 34 | Notice of Appeal Filed by Yehuda Draiman . Fee Amount $255 (RE: 31 Order (Generic), Order (Generic), Order (Generic)). Appellant Designation due by 7/26/2004. Transmission of Record Due by 8/23/2004. (Sims, Mildred) (Entered: 07/16/2004) |
| 07/16/2004 | 35 | Notice of Filing to Bk Judge and Parties on Service List (RE: 34 Notice of Appeal). (Sims, Mildred) (Entered: 07/16/2004) |
| 07/22/2004 | 36 | Appellant Designation of Contents for Inclusion in Record and Statement of Issue On Appeal Filed by Yehuda Draiman . (RE: 34 Notice of Appeal). (Sims, Mildred) (Entered: 07/23/2004) |
| 07/26/2004 | 37 | Request for Transcript re: Appeal Filed by Yehuda Draiman . (RE: 34 Notice of Appeal). Transcript Due by 8/20/2004. (Williams, Marie) (Entered: 07/26/2004) |
| 08/02/2004 | 38 | Appellee Designation of Additional Contents for Inclusion in Record of Appeal Filed by Paul T Fox on behalf of Multiut Corporation , Nachshon Draiman . (RE: 34 Notice of Appeal). (Sims, Mildred) (Entered: 08/03/2004) |
| 08/02/2004 | 39 | Notice of Filing Filed by Paul T Fox on behalf of Nachshon Draiman , Multiut Corporation (RE: 38 Appellee Designation). (Sims, Mildred) (Entered: 08/03/2004) |
| 08/06/2004 | 40 | Brief in Support of Appeal Filed by Yehuda Draiman . (RE: 34 ) (Sims, Mildred) (Entered: 08/09/2004) |
| 08/13/2004 | 41 | CORRECTIVE ENTRY INCORRECT EVENT ENTERED (RE: 29 Motion to Vacate, ). (Mcwilliams, Della) (Entered: 08/13/2004) |
| 08/23/2004 | 43 | Transmittal of Record to The U.S. District Court. Civil Case Number: 04C 5533 Assigned to District Court Judge: Manning (RE: 34 Notice of Appeal). (Sims, Mildred) (Entered: 08/23/2004) |
| | | Supplemental Transmittal of Record to The U S District Court. Civil Case Number: 04 C 5533 Assigned to District Court Judge: |

| 08/27/2004 | 44 | Manning (RE: 34 Notice of Appeal). (Sims, Mildred) (Entered: 08/27/2004) |
|---|---|---|
| 10/06/2005 | 45 | Notice of Motion and Emergency Motion to Declare Judge Schwartz Order of 4/24/2004 Unconstitutional and Unenforceable Filed by Yehuda Draiman . Hearing scheduled for 10/11/2005 at 10:00 AM at 219 South Dearborn, Courtroom 744, Chicago, Illinois 60604. (Green, Charlie) (Entered: 10/07/2005) |
| 10/06/2005 | 46 | Notice of Filing Filed by Yehuda Draiman (RE: 45 Generic Motion, ). (Green, Charlie) (Entered: 10/07/2005) |
| 10/11/2005 | 47 | Order Granting Motion that leave is given Yehuda Draiman to file a bankruptcy proceeding under Chapter 7 or Chapter 11 of the United States Bankruptcy Code for the reasons stated in open court. (Related Doc # 45 ). Signed on 10/11/2005. (Green, Charlie) (Entered: 10/12/2005) |
| 10/12/2005 | 48 | Notice of Filing re: debtor documents and exhibits attached hereto Filed by Yehuda Draiman . (Green, Charlie) (Entered: 10/13/2005) |
| 04/04/2008 | 49 | Copy of Order from U S District Court Dated: 3/31/08, by Judge Coar, Re: Civil Action Number: 04C5533. Affrims Court final judgement and orders dated 3/26/04, 6/28/04 and 7/13/04. This case is closed (RE: 34 Notice of Appeal). Signed on 4/4/2008 (Sims, Mildred) (Entered: 04/07/2008) |
| 04/21/2008 | 50 | Bankruptcy Case Closed and Trustee Discharged . (Green, Charlie) (Entered: 04/21/2008) |

| **PACER Service Center** | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 03/27/2009 10:01:20 | | | |
| **PACER Login:** | rr0175 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 04-11689 Fil or Ent: filed From: 1/1/2001 To: 3/27/2009 Doc From: 0 Doc To: 99999999 Term: included Format: html |
| **Billable Pages:** | 4 | **Cost:** | 0.32 |