# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

Honorable   JOHN H. SQUIRES                     Hearing Date   July 23, 2009

Bankruptcy Case No.   09 B 17582                Adversary No.

Title of Case   Nachshon Draiman

Brief Statement of Motion:   Debtor's motion for authority to use cash collateral of Cole Taylor Bank

Names and Addresses of moving counsel

Representing

## ORDER

Entered and continued to August 17, 2009 at 10:00 a.m. Reply is due on or before August 6, 2009. Final brief is due on or before August 13, 2009.

/s/ John H. Squires

6/11/99