**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|                     |          |                       |
|---------------------|----------|-----------------------|
| In re:              | )        | Case No. 09-17582     |
|                     | )        |                       |
| DRAIMAN, NACHSHON   | )        |                       |
|                     | )        |                       |
|                     | )        |                       |
|                     | )        |                       |
| Debtor(s)           | )        |                       |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RICHARD M. FOGEL_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, 7th Floor, Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved prior to the Final Report must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at **10:30 a.m. on December 10, 2014 in Courtroom 613**, United States Courthouse, 219 S. Dearborn Street, Chicago, IL  60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of this Court.

Date:   October 23, 2014_____        By:   /s/  Richard M. Fogel_____
                                                                     Trustee

RICHARD M. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL  60654
312-276-1334
rfogel@shawfishman.com

**UST Form 101-7-NFR (9/1/2009)**

{000 NTC A0236578.DOC 4}

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: DRAIMAN, NACHSHON                     §   Case No. 09-17582
                                             §
                                             §
Debtor(s)                                    §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

|  |  |  |
|---|---|---|
| *The Final Report shows receipts of* | $ | 1,611,823.35 |
| *and approved disbursements of* | $ | 1,170,091.38 |
| *leaving a balance on hand of* [1] | $ | 441,731.97 |

**Balance on hand:**                          $        441,731.97

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:   $              0.00
Remaining balance:                        $        441,731.97

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - RICHARD M. FOGEL | 71,223.43 | 0.00 | 71,223.43 |
| Trustee, Expenses - RICHARD M. FOGEL | 48.18 | 0.00 | 48.18 |
| Attorney for Trustee, Fees - SHAW FISHMAN GLANTZ & TOWBIN LLC | 145,548.00 | 133,841.50 | 11,706.50 |
| Attorney for Trustee, Expenses - SHAW FISHMAN GLANTZ & TOWBIN LLC | 1,368.00 | 1,143.94 | 224.06 |
| Accountant for Trustee, Fees - MANNING SILVERMAN & CO. | 83,480.00 | 80,282.00 | 3,198.00 |
| Fees, United States Trustee | 1,950.00 | 0.00 | 1,950.00 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Total to be paid for chapter 7 administration expenses:  $  88,350.17
Remaining balance:  $  353,381.80

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Special Counsel Fees - ALAN J. MANDEL | 32,168.75 | 12,315.55 | 19,853.20 |
| Attorney for Special Counsel Expenses - ALAN J. MANDEL | 240.58 | 0.00 | 240.58 |
| Other Expenses: Illinois Department of Revenue | 35,524.81 | 0.00 | 35,524.81 |
| Attorney for D-I-P Fees - JOSEPH A. BALDI | 48,767.50 | 18,846.09 | 29,921.41 |
| Attorney for Special Counsel Fees - JOSEPH E. TIGHE | 22,864.84 | 8,688.64 | 14,176.20 |
| Attorney for Trustee/D-I-P Expenses - JOSEPH A. BALDI | 827.48 | 0.00 | 827.48 |

Total to be paid for prior chapter administrative expenses:  $  100,543.68
Remaining balance:  $  252,838.12

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $95,885.05 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 9P-3 | Internal Revenue Service | 19,234.83 | 0.00 | 19,234.83 |
| 16P-2 | Illinois Department of Revenue | 71,079.00 | 0.00 | 71,079.00 |
| 44 | Illinois Department of Revenue | 797.12 | 0.00 | 797.12 |
| 54 | State of Michigan | 4,774.10 | 0.00 | 4,774.10 |

Total to be paid for priority claims:  $  95,885.05
Remaining balance:  $  156,953.07

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

UST Form 101-7-NFR (10/1/2010)

Timely claims of general (unsecured) creditors totaling $ 42,985,422.80 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 2 | CHASE BANK USA | 7,890.22 | 0.00 | 28.81 |
| 3 | Chase Bank USA NA | 12,701.08 | 0.00 | 46.38 |
| 4 | Chase Bank USA NA | 246.26 | 0.00 | 0.90 |
| 5 | Chase Bank USA NA | 898.25 | 0.00 | 3.28 |
| 6 -2 | KeyBank National Association | 68,813.02 | 0.00 | 251.26 |
| 7 | CAPITAL ONE BANK (USA), N.A. | 1,389.56 | 0.00 | 5.07 |
| 8 | ComEd Co. | 739.22 | 0.00 | 2.70 |
| 9U-3 | Internal Revenue Service | 4,118.06 | 0.00 | 15.04 |
| 10 | Bank of America, N.A. | 24,447.06 | 0.00 | 89.26 |
| 12 | America's Wholesale Lender | 128,958.44 | 0.00 | 470.87 |
| 13 | BAC Home Loans Servicing, LP | 535,947.24 | 0.00 | 1,956.91 |
| 14 | Bank of America c/o BAC Home Loans | 234,941.31 | 0.00 | 857.84 |
| 15 | Neal, Gerber & Eisenberg LLP | 23,820.13 | 0.00 | 86.97 |
| 16U-2 | Illinois Department of Revenue | 1,421.58 | 0.00 | 5.19 |
| 17 | Fedex Customer Information Service | 1,810.43 | 0.00 | 6.61 |
| 18 | Jerusalem Enterprises Inc. (In Liquidation) | 14,000,000.00 | 0.00 | 51,118.33 |
| 19 | Great-West Life & Annuity Insurance Company | 191,852.15 | 0.00 | 700.51 |
| 21 | Chicago/Skokie ND SB1, LLC | 312,317.07 | 0.00 | 1,140.37 |
| 22 | Greenberg Traurig, LLP | 7,717.50 | 0.00 | 28.18 |
| 23 | Jack Rajchenbach | 700,000.00 | 0.00 | 2,555.92 |
| 27 | Dynegy Marketing and Trade | 22,750,716.54 | 0.00 | 83,069.90 |
| 29 | BankFinancial FSB | 9,732.98 | 0.00 | 35.54 |
| 34 -2 | Bruria Draiman | 1,500,000.00 | 0.00 | 5,476.96 |
| 37 | Gershon Bassman | 1,336,526.69 | 0.00 | 4,880.07 |
| 38 | Gibor Sport | 79,158.00 | 0.00 | 289.03 |
| 40 | Gershon Bassman | 156,050.92 | 0.00 | 569.79 |

| 41 | The Schreiber Law Firm LLC | 160,000.00 | 0.00 | 584.21 |
|---|---|---|---|---|
| 42 -2 | Horseshoe Casino Hammond | 106,530.24 | 0.00 | 388.97 |
| 43 | Boardwalk Regency Corp | 160,000.00 | 0.00 | 584.21 |
| 45 | Kerzner International North America Inc | 90,180.00 | 0.00 | 329.28 |
| 49 | FIA CARD SERVICES, N.A. | 5,171.20 | 0.00 | 18.88 |
| 52 | Morris I. Esformes | 371,090.00 | 0.00 | 1,354.96 |
| 55 | State of Michigan | 237.65 | 0.00 | 0.87 |

Total to be paid for timely general unsecured claims:    $    156,953.07

Remaining balance:    $    0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:    $    0.00

Remaining balance:    $    0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $    0.00

Remaining balance:    $    0.00

UST Form 101-7-NFR (10/1/2010)

Prepared By:  /s/RICHARD M. FOGEL
_____
Trustee

RICHARD M. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL  60654
(312) 276-1334
rfogel@shawgussis.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction
Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 09-17582-TAB
Nachshon Draiman                                                          Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: dwilliams          Page 1 of 6          Date Rcvd: Nov 07, 2014
                              Form ID: pdf006          Total Noticed: 159

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 09, 2014.
db           +Nachshon Draiman,    7520 N Skokie Blvd,    Skokie, IL 60077-3342
aty          +Alan J Mandel,    Alan J Mandel Ltd,    7520 North Skokie Boulevard,    Skokie, IL 60077-3342
13918135     +1ST Equity Bank,    3956 W. Dempster,    Skokie, IL 60076-2236
13918138     +AT&T,    Bankruptcy Department,    P.O. Box 76004,    Arlington, TX 76004
13918136     +Alan Mandel,    7520 N. Skokie Blvd.,    Skokie, IL 60077-3342
14123758     +America's Wholesale Lender,    4500 Park Granada MSN #SVB-314,    Calabasas, CA 91302-1613
14123759      America's Wholesale Lender,    Bank of America Home Loans,    7105 Corporate Dr,
               Plano, TX 75024-4100
14123760     +America's Wholesale Lender,    MERS,    PO Box 2026,    Flint, MI 48501-2026
14320060     +BAC Home Loans Servicing, LP,    2380 Performance Drive, Bldg C,    Mail Stop: RGV-C-32,
               Richardson, TX 75082-4333
17517606    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court: FIA CARD SERVICES, N.A.,    c/o Bank of America and MBNA America Ban,
               PO Box 15102,    Wilmington, DE 19886-5102)
14713271     +Bank Financial FSB,    c/o James M. Crowley,    Crowley & Lamb, P.C.,
               221 N. LaSalle Street, Suite 1500,    Chicago, Illinois 60601-1285
14131756     +Bank Financial Visa,    One Marriott Drive,    Lincolnshire, IL 60069-3703
13918139      Bank Financial Visa,    P.O. Box 491,    Lincolnshire, IL 60069-0491
14177166     +Bank of America, N.A.,    c/o BAC Home Loans Servicing, LP,    7105 Corporate Drive,    PTX-B-35,
               Plano, TX 75024-4100
14320325     +Bank of America, NA,    c/o BAC Home Loans Servicing, LP,    2380 Performance Drive, Bldg C,
               Mail Stop: RGV-C-32,    Richardson, TX 75082-4333
14131757     +BankFinancial FSB,    Crowley & Lamb P.c.,    221 N. LaSalle Street, Suite 1550,
               Chicago, Illinois 60601-1224
14131758     +BankFinancial FSB,    Francis J Pendergast III,    Crowley & Lamb PC,
               221 N. LaSalle Street, Suite 1550,    Chicago, Illinois 60601-1224
14453158     +BankFinancial FSB,    15W060 N Frontage Road,    Burr Ridge, IL 60527-6928
13918140     +BankFinancial, F.S.B.,    3443 W. Touhy Avenue,    Lincolnwood, IL 60712-2716
19595592     +BankFinancial, FSB,    c/o James M. Crowley,    Crowley & Lamb, P.C.,
               221 N. LaSalle Street, Suite 1550,    Chicago, Illinois 60601-1224
14698758     +Boardwalk Regency Corp,    dba Caesar's Casino,    Caesar's Atlantic City,    2100 Pacific Avenue,
               Atlantic City, NJ 08401-6612
14293233     +Boardwalk Regency Corp,    P.O. Box 2458,    Ventnor City, NJ 08406-0458
17710108     +Brickyard Bank,    Eric S. Rein,    Horwood Marcus & Berk Chartered,
               500 West Madison Street, Suite 3700,    Chicago, IL 60661-4591
14131759     +Brickyard Bank,    Morgan M Smith,    Dykema Gossett PLLC,    10 S Wacker Dr Suite 2300,
               Chicago, IL 60606-7439
13918141     +Brickyard Bank,    6676 N. Lincoln Avenue,    Lincolnwood, IL 60712-3621
13918142   +++Bruria Draiman,    c/o Pia Thompson Kovitz Shifrin Nesbit,    Pia Thompson,Gould & Ratner,
               222 N Lasalle street suite 800,    Chicago,IL 60601-1011
13918143      Business Card Services,    P.O. Box 84030,    Columbus, GA 31908-4030
14107692    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: CAPITAL ONE BANK (USA), N.A.,    C/O TSYS DEBT MANAGEMENT (TDM),
               PO BOX 5155,    NORCROSS, GA  30091)
14064128     +CHASE BANK USA,    PO BOX 15145,    WILMINGTON, DE 19850-5145
14131760     +Capital One FSB,    6125 Lakeview Road Ste 800,    Charlotte, NC 28269-2605
13918144      Capital One FSB (Add Notice),    Ref:,    P.O. Box 85015,    Richmond, VA 23285-5015
13918145     +Capital One FSB (Collections),    Attn: Collections/Ref:,    P.O. Box 85147,
               Richmond, VA 23276-0001
13918146     +Capital One FSB (Main Corresp),    Ref:,    P.O. Box 30285,    Salt Lake City, UT 84130-0285
14071167      Chase Bank USA NA,    PO BOX 15145,    Wilmington DE 19850-5145
14131761     +Chase Card Services,    2500 Westfield Drive,    Elgin, IL 60124-7836
14453160     +Chase Card Services,    Chase Bank USA NA,    PO Box 15145,    Wilmington, DE 19850-5145
13918147      Chase Card Services/5493-Auto,    P.O. Box 15298,    Wilmington, DE 19850-5298
13918148      Chase Card Services/8882-Office,    P.O. Box 15298,    Wilmington, DE 19850-5298
13918149      Chase Card Services/9301,    P.O. Box 15298,    Wilmington, DE 19850-5298
14123761   +++Chicago/Skokie ND SB1 LLC,    Aronberg Goldgehn,    attn: William J Serritella, Jr,
               330 N Wabash Suite 1700,    Chicago, IL 60611-7765
16025010     +Chicago/Skokie ND SB1, LLC,    Attn: Jacqueline M. Helmrick,    330 N. Wabash, Suite 1700,
               Chicago, Illinois 60611-7765
14123762     +Cole Taylor Bank,    111 W Washington St,    Chicago, IL 60602-2703
13918150     +Cole Taylor Bank,    225 W. Washington St.,    8th Floor,    Chicago, IL 60606-3492
14131763     +ComEd Attn Revenue Mgmt,    LaShonda A Hunt,    Exelon Business Services,
               10 S Dearborn St,PO Box 5930,    Chicago, IL 60680-5930
13918152     +ComEd, Attn: Revenue Mgmt.,    Customer Care Center Building,    2100 Swift Drive,
               Oak Brook, IL 60523-1559
13918151     +Comcast,    P.O. Box 3001,    Southeastern, PA 19398-3001
14131762      Comcast Cable,    10101 Woodward Avenue,    Attn John Morse,    Woodridge, IL 60517-3106
14123773     +Cook County Treasurer,    PO Box 4468,    Carol Stream, IL 60197-4468
13918153      Countrywide,    P.O. Box 5170,    Simi Valley, CA 93062-5170
13918154      Countrywide Bank,    P.O. Box 5170,    Simi Valley, CA 93062-5170
14123763     +Countrywide Bank, NA,    1199 North Fairfax Street Ste 500,    Alexandria, VA 22314-1453
14123764      Countrywide Bank,    7105 Corporate Dr,    Plano, TX 75024-4100
13918155      Countrywide Home Loans,    P.O. Box 5170,    Simi Valley, CA 93062-5170

```
District/off: 0752-1           User: dwilliams          Page 2 of 6            Date Rcvd: Nov 07, 2014
                               Form ID: pdf006          Total Noticed: 159


14123765      Countrywide Home Loans Inc,  4500 Park Granada,  Calabasas, CA 91302-1613
13918157     ++DIRECTV LLC,  ATTN BANKRUPTCIES,  PO BOX 6550,  GREENWOOD VILLAGE CO 80155-6550
              (address filed with court: DirecTV, Inc.,  P.O. Box 9001069,  Louisville, KY 40290-1069)
13918156     +Danny Shabat,  3531 W. Howard,  Skokie, IL 60076-4012
14131764     +Deauville/Waterford,  c/o Dan Shabat,  3531 W Howard,  Skokie, IL 60076-4012
13918158      Dr. J Segev & Co Law Office,  4 Wissotzky St.,  Tel Aviv 62502 Isreal
13918159     #+Dynamex, Inc.,  131 E. Thorndale Avenue,  Wood Dale, IL 60191-1221
13918161     +Dynegy Marketing and Trade,  Eugene J Geekie Jr,  233 S Wacker Dr Ste 6600,
               Chicago, IL 60606-6360
13918160     +Dynegy Marketing and Trade,  1000 Louisiana,  Suite 5800,  Houston, TX 77002-5021
14453161     +Dynergy Marketing and Trade,  c/o Barry Hyman & Eugene Geekie Jr,  233 S Wacker Dr Suite 6600,
               Chicago, IL 60606-6360
13918162     +Embassy Care Center, Inc.,  7520 Skokie Blvd.,  Skokie, IL 60077-3342
14715237     +Embassy Holdings LLC,  (DBA Embassy Health Care Center),
               c/o Pia Thompson Kovitz Shifrin Nesbit,  750 W Lake Cook Road Ste 350,
               Buffalo Grove, IL 60089-2088
13918134     +Embassy Holdings, LLC,  7520 Skokie Boulevard,  Skokie, IL 60077-3342
13918163     +Federal Express,  P.O. Box 94515,  Palatine, IL 60094-4515
14131765     +Federal Express,  440 W Colfax St,  Palatine, IL 60067-2537
14482888     +Fedex Customer Information Service,  as Assignee Of FedEX Express/FedEX Groun,
               Attn: Revenue Recovery/Bankruptcy,  3965 Airways Blvd Module G 3rd Floor,
               Memphis, TN 38116-5017
14131766     +First Bank,  Charlie Kepner,  2100 S Elmhurst Rd,  Mount Prospect, IL 60056-7500
14131767     +First Bank,  Fred Harbecke,  29 S LaSalle Suite 945,  Chicago, IL 60603-1526
14077359     +First Bank,  c/o Fred R Harbecke,  29 S LaSalle Suite 945,  Chicago, IL 60603-1526
14077360     +First Bank,  c/o Charlie Kepner,  2100 South Elmhurst Road,  Mount Prospect, IL 60056-7500
13918164     +First Bank,  900 East Higgins Road,  Elk Grove Village, IL 60007-1561
13918165     +Ford Motor Credit,  1005 Convention Plaza,  Saint Louis, MO 63101-1229
13918166     +Gershon Bassman,  6039 N Bernard,  Chicago, IL 60659-3415
14718576     +Gershon Bassman,  c/o Gary D Ashman Ashman & Stein,  150 North Wacker Drive Ste 3000,
               Chicago, IL 60606-1610
14718693      Gibor Sport Blvd 27th Fl,  7 Menachem Begain St,  Ramat Gan, 52681, Israel
14696017     +Great-West Life & Annuity Insurance Company,  c/o Georgia L. Joyce,
               Chittenden, Murday & Novotny LLC,  303 W. Madison St., Ste. 1400,  Chicago, IL 60606-3393
13918167     +Great-West Life & Annuity et al.,  c/o Chittenden Murday Novotny,  303 W. Madison #1400,
               Chicago, IL 60606-3393
13918168     +Greenberg Traurig,  77 West Wacker Drive,  Suite 2500,  Chicago, IL 60601-1643
14131786     +Grzelakowski, Mangan & Hiller,  345 N LaSalle Unit 3602,  Chicago, IL 60654-6379
13918169      Haim Samet, Steinmetz, Haring, & Co,  Levinstein Tower, 18th Floor,  23 Begin Road,
               Tel Aviv 66184 Isreal
14453162     +Harmony Nursing & Rehab Center,  c/o ITEX,  6633 N Lincoln Ave,  Lincolnwood, IL 60712-3605
14131768     +Henry Lipshitz,  c/o Sam Lipshitz,  3942 N Enfield,  Skokie, IL 60076-2222
14131769     +Heritage,  c/o Dan Shabat,  3531 W Howard,  Skokie, IL 60076-4012
13918170      Hinkley Springs,  P.O. Box 660579,  Dallas, TX 75266-0579
14131787     +Howard, Mulvihill & Caplan,  345 N LaSalle Unit 3302,  Chicago, IL 60654-6374
13918171     +Humana Comp Benefits,  200 W. Jackson Blvd.,  9th Floor,  Chicago, IL 60606-6986
14123775     ++ILLINOIS DEPARTMENT OF REVENUE,  BANKRUPTCY DEPARTMENT,  P O BOX 64338,
               CHICAGO IL 60664-0338
              (address filed with court: Illinois Dept of Revenue,  PO Box 19043,  Springfield, IL 62794)
14420323      Illinois Department of Revenue,  Bankruptcy Section,  P.O. Box 64338,
               Chicago, IL 60664-0338
21035159      Illinois Department of Revenue,  Bankruptcy Section,  P.O. Box 64338,
               Chicago, Illinois 60664-0338
14123766     +Indy Mac Bank,  155 N Lake Ave,  Pasadena, CA 91101-1849
13918172     +Indy Mac Bank,  1 Banting,  Irvine, CA 92618-3601
14123767      Indy Mac Bank,  MERS,  PO Box 2026,  Flint, MI 48501-2026
13991764     +IndyMac Bank/OneWest Bank FSB,  c/o Pierce and Associates, P.C.,  1 North Dearborn Street,
               Suite 1300,  Chicago, Illinois 60602-4321
13918174      Israel Discount Bank,  Yehuda Halevy 27-31,  POB 456,  Tel Aviv , Israel, 65136
14131797     +Jack L Rajchenbach,  6633 N Lincoln Ave,  Lincolnwood, IL 60712-3605
14710408     +Jack Rajchenbach,  c/o Pia Thompson Kovitz Shifrin Nesbit,  750 W Lake Cook Road Ste 350,
               Buffalo Grove, IL 60089-2088
14131788     +Jared Galvin,  345 N LaSalle Unit 4202,  Chicago, IL 60654-6373
14131771     +Jerusalem Enterprises Inc,  7520 N Skokie Blvd,  Skokie, IL 60077-3342
14682341      Jerusalem Enterprises Inc (In Liquidation),  Yair Green And Co,  Law Offices,
               24 Ramban St Jerusalem, Israel 92422
14131798     +John Herlihy,  5302 W Jarvis,  Skokie, IL 60077-3239
14131772      K & S Sprinkler,  2619 Congress Street,  Bellwood, IL 60104-2400
14131773     +Kerzner International,  1000 South Pine Island Rd,  Suite 800,  Plantation, FL 33324-3907
15979099     +Kerzner International North America Inc,  C/O Benjamin Zeltner Esq,  3030 Atlantic Avenue,
               Atlantic City, NJ 08401-6344
14131789     +Kim Harris,  12922 Bullfrog Creek Rd,  Gibsonton, FL 33534-5716
14131774     +LCF Associates,  c/o Pia Thompson Kovitz Shifrin Nesbit,  750 W Lake Cook Road Suite 350,
               Buffalo Grove, IL 60089-2088
14131790     +Laura Bethel & John Freechack,  345 N LaSalle Suite 4803,  Chicago, IL 60654-6391
13918176     +Leland J. Cohn,  7519 N. Lowell,  Skokie, IL 60076-3831
14123772     +Lenor Kaiman,  1500 Sheridan,  Wilmette, IL 60091-1873
14131791     +Lyndsey Handschiegel-Amanda Gibson,  33 W Ontario Unit 38F,  Chicago, IL 60654-7771
13918177     +Melissa Maddy,  c/o Steven J. Malman Law Office,  205 W. Randolph, #1040,
               Chicago, IL 60606-1813
```

```
District/off: 0752-1          User: dwilliams          Page 3 of 6          Date Rcvd: Nov 07, 2014
                             Form ID: pdf006           Total Noticed: 159
```

```
14131775      +Morris I Esformes,   6865 N Lincoln Avenue,   Lincolnwood, IL 60712-4611
14131776      +Multiut Corporation,   7514 N Skokie,   Skokie, IL 60077-3377
14131777      +Multiut Corporation,   Scott Clar,   Crane, Heyman, Simon, Welch & clar,
               135 S LaSalle Suite 3705,   Chicago, IL 60603-4101
13918178      +NAME OF PARTY,   12922 Bullfrog Creek Road,   Gibsonton, FL 33534-5716
14131778      +Neal, Gerber & Eisenberg LLP,   2 North LaSalle Street,   Chicago, IL 60602-3882
14131779      +PPA Ltd,   7520 N Skokie Blvd,   Skokie, IL 60077-3342
14123769       Perfect Mortgage,   Bank of America Home Loans,   7105 Corporate Dr,   Plano, TX 75024-4100
14123770       Perfect Mortgage,   Countrywide Mortgage,   4500 Park Grenada,   Calabasas, CA 91301
14123768      +Perfect Mortgage,   29200 Northwestern Hwy Suite 350,   Southfield, MI 48034-1075
14123771      +Perfect Mortgage,   MERS,   PO Box 2026,   Flint, MI 48501-2026
14131793      +Peterson Park Health,   Care Realty LLC,   7520 N Skokie Blvd,   Skokie, IL 60077-3342
13918179      +Peterson Park Realty,   c/o Pia Thompson Kovitz Shifrin Nesbit,
               750 W Lake Cook Road Suite 350,   Buffalo Grove, IL 60089-2088
13918180     +++Premier Bank,   c/o David E Cohen PC,   55 West Monroe Street Suite 600,
               Chicago, IL 60603-5091
14131780      +Premier Bank,   1210 Central Avenue,   Wilmette, IL 60091-2568
14131781      +Reed Smith LLP,   2672 Payshpere Circle,   Chicago, IL 60674-0026
13918181      +Robert Hartman,   6633 N. Lincoln Avenue,   Lincolnwood, IL 60712-3605
13918182      +Ron Shabat,   c/o Pia Thompson Kovitz Shifrin Nesbit,   750 W Lake Cook Road Ste 350,
               Buffalo Grove, IL 60089-2088
13918183      +Safe Alarm Industries,   7855 N. Gross Point Road,   Skokie, IL 60077-2646
13918184      +Sam Lipshitz,   c/o Pia Thompson Kovitz Shifrin Nesbit,   750 W Lake Cook Road Ste 350,
               Buffalo Grove, IL 60089-2088
14131795      +Shabat & Associates,   7520 N Skokie Blvd,   Skokie, IL 60077-3342
14718692       Shnitzer Gotlieb Samet & Co,   7 Menachem Begin St,   Ramat Gan, 52681 Israel
13918185       Sprint,   P.O. Box 660075,   Dallas, TX 75266-0075
14453164      +Stan Aron,   840 Port Clinton Ct,   Buffalo Grove, IL 60089-6675
13918186       Standard Insurance Company,   P.O. Box 5676,   Portland, OR 97228-5676
14131782      +Standard Insurance Company,   920 SW 6th Avenue,   Portland, OR 97204-1244
19840950      +State of Michigan, Department of Treasury,   Revenue & Collections Division,   PO Box 30754,
               Lansing, Michigan 48909-8254
14727687      +The Schreiber Law Firm LLC,   53 Stiles Road,   Salem, NH 03079-2890
14131784       US Airways,   Business Card Services,   PO Box 23066,   Columbus, GA 31902-3066
14131783      +Unicare Health Insurance,   233 S Wacker,   Chicago, IL 60606-6324
13918191      +Unicare Health Insurance,   P.O. Box 0797,   Carol Stream, IL 60132-0797
14131785      +Village of Skokie,   5127 Oakton Street,   Skokie, IL 60077-3600
13918192      +Virginia Feddeler et al.,   c/o Paul R. Shuldiner,   20 S. Clark #500,   Chicago, IL 60603-1832

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13918137      +E-mail/Text: g17768@att.com Nov 08 2014 00:53:06     AT&T,   Bankruptcy Department,
               P.O. Box 769,   Arlington, TX 76004-0769
14453157      +E-mail/Text: g17768@att.com Nov 08 2014 00:53:05     AT&T,   Marcia L Debose and Marietta Hix,
               Bankruptcy Department,   PO Box 769,   Arlington, TX 76004-0769
14118093      +E-mail/Text: legalcollections@comed.com Nov 08 2014 00:55:18     ComEd Co.,   2100 Swift Drive,
               Attn.: Bankruptcy Section/Revenue Mgmt.,   OakBrook, IL 60523-1559
14710328      +E-mail/Text: cardonicka@gtlaw.com Nov 08 2014 00:53:31     Greenberg Traurig, LLP,
               Attention: Matthew T. Gensburg, Esq.,   77 W. Wacker Dr., Ste. 3100,   Chicago, IL 60601-4904
14131770      +E-mail/Text: bankruptcy@water.com Nov 08 2014 00:53:44     Hinckley Springs,
               5660 New Northside Drive 500,   Atlanta, GA 30328-5826
14732159      +E-mail/Text: jhoffman@horseshoe.com Nov 08 2014 00:55:25     Horseshoe Casino Hammond,
               777 Casino Center Drive,   Hammon, IN 46320-1003
14123774       E-mail/Text: cio.bncmail@irs.gov Nov 08 2014 00:53:22     Dept of Treasury,
               Cincinnati, OH 45999
13918175      +E-mail/Text: inbound_collections@keybank.com Nov 08 2014 00:54:30     Key Bank,
               4910 Tiedeman Road,   Cleveland, OH 44144-2338
20708566      +E-mail/Text: BKRMailOps@weltman.com Nov 08 2014 00:54:03     KeyBank N.A.,
               c/o Weltman, Weinberg & Reis,   180 N. LaSalle Street, Ste 2400,   Chicago, IL 60601-2704
14102770      +E-mail/Text: inbound_collections@keybank.com Nov 08 2014 00:54:30
               KeyBank National Association,   4910 Tiederman Road,   Brooklyn OH 44144-2338
17384263      +E-mail/Text: USTPREGION11.ES.ECF@USDOJ.GOV Nov 08 2014 00:53:45     Office of the U.S. Trustee,
               219 South Dearborn St.,   Room 873,   Chicago,  IL 60604-2027
14131794       E-mail/Text: bankruptcy@pb.com Nov 08 2014 00:55:19     Pitney Bowes Global Finance LLC,
               5101 Interchange Way,   Louisville, KY 40229-2161
13918187       E-mail/Text: home.fss-bankruptcy.934c00@statefarm.com Nov 08 2014 00:54:31
               State Farm Insurance,   Insurance Support Center,   P.O. Box 680001,   Dallas, TX 75368-0001
13918188      +E-mail/Text: home.fss-bankruptcy.934c00@statefarm.com Nov 08 2014 00:54:31
               State Farm Insurance Companies,   P.O. Box 2329,   Bloomington, IL 61702-2329
14453165      +E-mail/Text: home.fss-bankruptcy.934c00@statefarm.com Nov 08 2014 00:54:31
               State Farm Insurance Companies,   Insurance Support Center,   PO Box 68001,
               Dallas, TX 75368-0001
                                                                              TOTAL: 15


          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          Alan J Mandel, Ltd
aty          Joseph A Baldi & Associates P C
aty          Joseph E Tighe
aty          Shaw Fishman Glantz  Towbin LLC
14710411     LCF Associates
14710410     Peterson Park Realty
```

```
District/off: 0752-1          User: dwilliams         Page 4 of 6            Date Rcvd: Nov 07, 2014
                             Form ID: pdf006          Total Noticed: 159


          ***** BYPASSED RECIPIENTS (continued) *****
14710409        Ron Shabat
14712574*     +BankFinancial FSB,   Crowley & Lamb P.C.,    221 N. LaSalle Street, Suite 1550,
                Chicago, Illinois 60601-1224
14712863*     +BankFinancial FSB,   Crowley & Lamb P.C.,    221 N. LaSalle Street, Suite 1550,
                Chicago, Illinois 60601-1224
14713025*     +BankFinancial FSB,   Crowley & Lamb P.C.,    221 N. LaSalle Street, Suite 1550,
                Chicago, Illinois 60601-1224
14453159*     +BankFinancial FSB,   Francis J Pendergast III,   Crowley & Lamb PC,
                221 N. LaSalle Street, Suite 1550,   Chicago, Illinois 60601-1224
14075721*      Chase Bank USA NA,   PO BOX 15145,   Wilmington, DE 19850-5145
14071170*      Chase Bank USA NA,   PO Box 15145,   Wilmington, DE 19850-5145
13918173*      Internal Revenue Service,   Department of the Treasury,   PO Box 7346,
                Philadelphia, PA 19101-7346
17714300*      Morris I. Esformes,   6865 N. Lincoln Avenue,   Lincolnwood, IL 60712-4611
14453163*     +Peterson Park Realty,   c/o Pia Thompson Kovitz Shifrin Nesbit,   750 W Lake Cook Road Ste 350,
                Buffalo Grove, IL 60089-2088
15049305    ##+Horseshoe Casino Hammond,   % Robert G. Aisenstein, Esq.,   2114 Fountain Springs Drive,
                Henderson, Nevada 89074-1575
14131792    ##+Minni Nauhria,   345 N LaSalle Suite 1702,   Chicago,IL 60654-6352
14131796    ##+Sunil L D'Souza,   345 N LaSalle Unit 1707,   Chicago, IL 60654-6352
13918189     ##The Hartford,   P.O. Box 2907,   Hartford, CT 06104-2907
13918190     ##The Hartford/Business,   P.O. Box 2907,   Hartford, CT 06104-2907
                                                                       TOTALS: 7, * 9, ## 5

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2014                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 6, 2014 at the address(es) listed below:
        Amy Rapoport   on behalf of Creditor   Cole Taylor Bank arapoport@agdglaw.com,
          wserritella@agdglaw.com;jcole@agdglaw.com
        Ayad P Jacob   on behalf of Creditor   Dynegy Marketing and Trade ajacob@schiffhardin.com
        Ayad P Jacob   on behalf of Plaintiff   Dynegy Marketing and Trade ajacob@schiffhardin.com
        Bruce C Scalambrino   on behalf of Defendant   Embassy Real Estate Holdings, LLC bcs@sacounsel.com
        Bruce C Scalambrino   on behalf of Defendant   Shabat Investments, LLC bcs@sacounsel.com
        Bruce C Scalambrino   on behalf of Defendant   Embassy Holdings LLC bcs@sacounsel.com
        Bruce C Scalambrino   on behalf of Defendant   LCF Associates bcs@sacounsel.com
        Bruce C Scalambrino   on behalf of Defendant   Embassy Care, LLC bcs@sacounsel.com
        Bruce C Scalambrino   on behalf of Defendant   SFMA, Inc. bcs@sacounsel.com
        Bruce C Scalambrino   on behalf of Defendant   Embassy Care Center, Inc. bcs@sacounsel.com
        Bruce C Scalambrino   on behalf of Defendant   Lifescan, LLC bcs@sacounsel.com
        Bruce C Scalambrino   on behalf of Defendant   Dan's Healthcare Management, LLC bcs@sacounsel.com
        Bruce C Scalambrino   on behalf of Defendant   Shabat & Associates, Inc. bcs@sacounsel.com
        Bruce C Scalambrino   on behalf of Defendant Dan  Shabat bcs@sacounsel.com
        Bruce C Scalambrino   on behalf of Defendant Ronald  Shabat bcs@sacounsel.com
        Bruce C Scalambrino   on behalf of Defendant Sam  Lipshitz bcs@sacounsel.com
        Bruce C Scalambrino   on behalf of Defendant   Pharmore Drugs, LLC bcs@sacounsel.com
        Bruce C Scalambrino   on behalf of Defendant   Lifescan Laboratory, Inc. bcs@sacounsel.com
```

```
District/off: 0752-1          User: dwilliams          Page 5 of 6              Date Rcvd: Nov 07, 2014
                             Form ID: pdf006          Total Noticed: 159
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

```
          Christopher L Muniz    on behalf of Defendant    Dan's Healthcare Management, LLC clm@sacounsel.com
          Christopher L Muniz    on behalf of Defendant    Embassy Real Estate Holdings, LLC clm@sacounsel.com
          Christopher L Muniz    on behalf of Defendant    Shabat & Associates, Inc. clm@sacounsel.com
          Christopher L Muniz    on behalf of Defendant Ronald  Shabat clm@sacounsel.com
          Christopher L Muniz    on behalf of Defendant    LCF Associates clm@sacounsel.com
          Christopher L Muniz    on behalf of Defendant    Embassy Care Center, Inc. clm@sacounsel.com
          Christopher L Muniz    on behalf of Defendant Dan  Shabat clm@sacounsel.com
          Christopher L Muniz    on behalf of Defendant    Lifescan, LLC clm@sacounsel.com
          Christopher L Muniz    on behalf of Defendant    Shabat Investments, LLC clm@sacounsel.com
          Christopher L Muniz    on behalf of Defendant    Embassy Holdings LLC clm@sacounsel.com
          Christopher L Muniz    on behalf of Defendant    Lifescan Laboratory, Inc. clm@sacounsel.com
          Christopher L Muniz    on behalf of Defendant    Embassy Care, LLC clm@sacounsel.com
          Christopher L Muniz    on behalf of Defendant Sam  Lipshitz clm@sacounsel.com
          Christopher L Muniz    on behalf of Defendant    SFMA, Inc. clm@sacounsel.com
          Christopher L Muniz    on behalf of Defendant    Pharmore Drugs, LLC clm@sacounsel.com
          David E Cohen    on behalf of Creditor    Premier Bank dcohen@fishercohen.com
          David R Herzog    on behalf of Defendant Morris  Esformes drhlaw@mindspring.com,
           herzogschwartz@gmail.com
          David R Herzog    on behalf of Defendant    Burnham Healthcare Realty, LLC drhlaw@mindspring.com,
           herzogschwartz@gmail.com
          David R Herzog    on behalf of Creditor Morris  Esformes drhlaw@mindspring.com,
           herzogschwartz@gmail.com
          David R Herzog    on behalf of Defendant    Burnham Healthcare Properties, LLC
           drhlaw@mindspring.com,  herzogschwartz@gmail.com
          Donna B Wallace    on behalf of Defendant Nachshon  Draiman dbwallace@ameritech.net
          Elizabeth C Berg    on behalf of Debtor Nachshon  Draiman ecberg@ameritech.net
          Eric S. Rein    on behalf of Creditor    Brickyard Bank rrein@hmblaw.com,
           dzic@hmblaw.com;ecfnotices@hmblaw.com
          Eugene J Geekie, JR    on behalf of Creditor    Dynegy Marketing and Trade egeekie@freeborn.com,
           bkdocketing@freeborn.com
          Eugene J Geekie, JR    on behalf of Plaintiff    Dynegy Marketing and Trade egeekie@freeborn.com,
           bkdocketing@freeborn.com
          Francis J. Pendergast, III    on behalf of Creditor    BankFinancial FSB
           fpendergast@crowleylamb.com,  ibenavides@crowleylamb.com;docket@crowleylamb.com
          Fred R Harbecke    on behalf of Creditor    First Bank fredrharbecke@sbcglobal.net
          Georgia L. Joyce    on behalf of Creditor    Great-West Life & Annuity Insurance Company
           gjoyce@cmn-law.com,  jpalm@cmn-law.com
          Jacqueline M Helmrick    on behalf of Creditor    Cole Taylor Bank jhelmrick@agdglaw.com,
           wserritella@agdglaw.com
          James M. Crowley    on behalf of Creditor    BankFinancial FSB jcrowley@crowleylamb.com,
           docket@crowleylamb.com;mmusto@crowleylamb.com
          John W Guzzardo    on behalf of Trustee Richard M. Fogel jguzzardo@shawfishman.com,
           jhampton@shawfishman.com
          Joseph A Baldi    on behalf of Attorney    Joseph A. Baldi & Associates, P.C. jabaldi@baldiberg.com,
           jmanola@baldiberg.com
          Joseph A Baldi    on behalf of Spec. Counsel    Alan J. Mandel, Ltd. jabaldi@baldiberg.com,
           jmanola@baldiberg.com
          Joseph A Baldi    on behalf of Attorney Joseph  Baldi jabaldi@baldiberg.com,  jmanola@baldiberg.com
          Joseph A Baldi    on behalf of Defendant Nachshon  Draiman jabaldi@baldiberg.com,
           jmanola@baldiberg.com
          Joseph A Baldi    on behalf of Debtor Nachshon  Draiman jabaldi@baldiberg.com,
           jmanola@baldiberg.com
          Jyothi R Martin    on behalf of Creditor    OneWest Bank, FSB jramana@atty-pierce.com
          Karen  Newbury    on behalf of Creditor    Dynegy Marketing and Trade knewbury@schiffhardin.com,
           edocket@schiffhardin.com;rkaferly@schiffhardin.com
          Karen  Newbury    on behalf of Plaintiff    Dynegy Marketing and Trade knewbury@schiffhardin.com,
           edocket@schiffhardin.com;rkaferly@schiffhardin.com
          Monette W Cope    on behalf of Creditor    KeyBank, N.A. ecfnil@weltman.com
          Monette W Cope    on behalf of Creditor    KeyBank ecfnil@weltman.com
          Morgan M. Smith    on behalf of Creditor    Brickyard Bank mmsmith@dykema.com,  truckman@dykema.com
          Nika  Gembicki    on behalf of Plaintiff Richard M. Fogel ngembicki@pfs-law.com,
           nvizzini@pfs-law.com
          Patricia J Fokuo    on behalf of Creditor    Dynegy Marketing and Trade pfokuo@schiffhardin.com,
           edocket@schiffhardin.com
          Patrick F Ross    on behalf of Other Prof.    Ungaretti & Harris LLP pfross@uhlaw.com,
           kburde@uhlaw.com;rjanczak@uhlaw.com;sbmiller@uhlaw.com;jtruskusky@uhlaw.com
          Patrick F Ross    on behalf of Examiner Patrick J. O'Malley pfross@uhlaw.com,
           kburde@uhlaw.com;rjanczak@uhlaw.com;sbmiller@uhlaw.com;jtruskusky@uhlaw.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Peter  Bartoszek    on behalf of Plaintiff    Dynegy Marketing and Trade
           pbartoszek@schiffhardin.com,  edocket@schiffhardin.com
          Peter  Bartoszek    on behalf of Creditor    Dynegy Marketing and Trade pbartoszek@schiffhardin.com,
           edocket@schiffhardin.com
          Peter J Roberts    on behalf of Trustee Richard M. Fogel proberts@shawfishman.com
          Peter J Roberts    on behalf of Plaintiff Richard M. Fogel proberts@shawfishman.com
          Pia N Thompson    on behalf of Creditor Jack  Rajchenback pthompson@gouldratner.com,
           bburns@gouldratner.com
```

```
District/off: 0752-1          User: dwilliams          Page 6 of 6          Date Rcvd: Nov 07, 2014
                             Form ID: pdf006           Total Noticed: 159
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
    Pia N Thompson    on behalf of Creditor Sam  Lipshitz pthompson@gouldratner.com,
     bburns@gouldratner.com
    Pia N Thompson    on behalf of Creditor Bruria  Draiman pthompson@gouldratner.com,
     bburns@gouldratner.com
    Pia N Thompson    on behalf of Creditor    Embassy Holdings LLC pthompson@gouldratner.com,
     bburns@gouldratner.com
    Pia N Thompson    on behalf of Creditor    Peterson Park Health Care Realty, L.L.C.
     pthompson@gouldratner.com,  bburns@gouldratner.com
    Pia N Thompson    on behalf of Creditor Ron  Shabat pthompson@gouldratner.com,
     bburns@gouldratner.com
    Pia N Thompson    on behalf of Creditor    LCF Associates pthompson@gouldratner.com,
     bburns@gouldratner.com
    R Scott Alsterda    on behalf of Other Prof.   Ungaretti & Harris LLP rsalsterda@uhlaw.com
    R Scott Alsterda    on behalf of Examiner Patrick J. O'Malley rsalsterda@uhlaw.com
    Richard M Fogel    on behalf of Trustee Richard M. Fogel rfogel@shawgussis.com,  il72@ecfcbis.com
    Richard M Fogel    on behalf of Other Prof.   SAK Management Services, LLC rfogel@shawgussis.com,
     il72@ecfcbis.com
    Richard M Fogel    on behalf of Accountant   Manning Silverman & Co. rfogel@shawgussis.com,
     il72@ecfcbis.com
    Richard M. Fogel    rfogel@shawfishman.com,  il72@ecfcbis.com
    Richard M. Fogel    on behalf of Attorney   Shaw Fishman Glantz & Towbin LLC
     rfogel@shawfishman.com,  il72@ecfcbis.com
    Richard M. Fogel    on behalf of Spec. Counsel   Arnstein & Lehr LLP rfogel@shawfishman.com,
     il72@ecfcbis.com
    Richard M. Fogel    on behalf of Trustee Richard M. Fogel rfogel@shawfishman.com
    Robert D Nachman    on behalf of Creditor   Brickyard Bank robert.nachman@bfkn.com,
     jean.montgomery@bfkn.com;mark.mackowiak@bfkn.com
    Robert G Aisenstein    on behalf of Creditor    Caesars Palace Hotel & Casino aisenstein@msn.com
    Robert G Aisenstein    on behalf of Creditor    Caesars Atlantic City aisenstein@msn.com
    Robert G Aisenstein    on behalf of Creditor    Harrah's Casino Hotel Lake Tahoe aisenstein@msn.com
    Robert G Aisenstein    on behalf of Creditor    Horseshoe Southern Indiana aisenstein@msn.com
    Robert G Aisenstein    on behalf of Plaintiff    Horseshoe Casino Hammond aisenstein@msn.com
    Robert G Aisenstein    on behalf of Creditor    Horseshoe Casino Hammond aisenstein@msn.com
    Ronald J. Kapustka    on behalf of Creditor    Millennium Centre Condominium Association
     ndaily@ksnlaw.com,  bankruptcy@ksnlaw.com
    Scott R Clar    on behalf of Interested Party    Multiut Corporation sclar@craneheyman.com,
     mjoberhausen@craneheyman.com;asimon@craneheyman.com
    Terri M Long    on behalf of Creditor    America's Wholesale Lender Courts@tmlong.com
    Terri M Long    on behalf of Creditor    Bank of America, NA, Successor by Merger to Countrywide
     Bank Courts@tmlong.com
    Thomas C. Wolford    on behalf of Creditor    Neal, Gerber & Eisenberg LLP twolford@ngelaw.com,
     ecfdocket@ngelaw.com;mmirkovic@ngelaw.com
    Tiffany R Harper    on behalf of Creditor    Dynegy Marketing and Trade tredding@schiffhardin.com,
     pfleming@polsinelli.com
    Yanick Polycarpe    on behalf of Creditor    OneWest Bank, FSB ypolycarpe@atty-pierce.com,
     northerndistrict@atty-pierce.com
                                                          TOTAL: 99