# EXHIBIT A

Printed: 04/10/15 09:13 AM

# Claims Distribution Small Checks

**Trustee: RICHARD M. FOGEL (330720)**

Page: 1

**Case:** 09-17582 - DRAIMAN, NACHSHON

Account No. 50#2786465

Check Amount: $15.81

| Check No. | Issued | Claim No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|
| 11096 | 04/10/15 | | | | Payee: U.S. Bankruptcy Court | | | | |
| | | 2 | 06/18/09 | 610 | CHASE BANK USA<br>PO BOX 15145<br>WILMINGTON, DE 19850 | 7,890.22 | 7,890.22 | 29.48 | 0.49 |
| | | 3 | 06/19/09 | 610 | Chase Bank USA NA<br>PO BOX 15145<br>Wilmington, DE 19850-5145 | 12,701.08 | 12,701.08 | 47.45 | 0.80 |
| | | 4 | 06/19/09 | 610 | Chase Bank USA NA<br>PO Box 15145<br>Wilmington, DE 19850-5145 | 246.26 | 246.26 | 0.92 | 0.02 |
| | | 5 | 06/22/09 | 610 | Chase Bank USA NA<br>PO BOX 15145<br>Wilmington, DE 19850-5145 | 898.25 | 898.25 | 3.36 | 0.06 |
| | | 6-2 | 07/10/13 | 610 | KeyBank National Association<br>4910 Tiederman Road<br>Brooklyn, OH 44144 | 68,813.02 | 68,813.02 | 257.04 | 4.34 |
| | | 7 | 06/30/09 | 610 | CAPITAL ONE BANK (USA), N.A.<br>C/O TSYS DEBT MANAGEMENT (TDM)<br>PO BOX 5155<br>NORCROSS, GA 30091 | 1,389.56 | 1,389.56 | 5.19 | 0.09 |
| | | 8 | 07/01/09 | 610 | ComEd Co.<br>2100 Swift Drive<br>OakBrook, IL 60523 | 739.22 | 739.22 | 2.76 | 0.05 |
| | | 9U-3 | 10/11/12 | 610 | Attn.: Bankruptcy Section/Revenue Mgmt.<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | 4,118.06 | 4,118.06 | 15.38 | 0.26 |

(*) Denotes objection to Amount Filed

# Claims Distribution Small Checks

**Case:** 09-17582 - DRAIMAN, NACHSHON

**Trustee:** RICHARD M. FOGEL (330720)

| Account No. Check No. Issued | Claim No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|
| | 10 | 07/17/09 | 610 | Bank of America, N.A.<br>c/o BAC Home Loans Servicing, LP<br>7105 Corporate Drive,PTX-B-35<br>Plano, TX 75024 | 24,447.06 | 24,447.06 | 91.32 | 1.54 |
| | 15 | 09/01/09 | 610 | Neal, Gerber & Eisenberg LLP<br>2 North LaSalle Street<br>Chicago, IL 60602 | 23,820.13 | 23,820.13 | 88.98 | 1.51 |
| | 16U-2 | 09/08/09 | 610 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | 1,421.58 | 1,421.58 | 5.31 | 0.09 |
| | 17 | 09/22/09 | 610 | Fedex Customer Information Service<br>as Assignee Of FedEx Express/FedEx Groun<br>Attn: Revenue Recovery/Bankruptcy,3965 A<br>Memphis, TN 38116 | 1,810.43 | 1,810.43 | 6.76 | 0.11 |
| | 22 | 11/11/09 | 610 | Greenberg Traurig, LLP<br>Attention: Matthew T. Gensburg, Esq.<br>77 W. Wacker Dr., Ste. 3100<br>Chicago, IL 60601 | 7,717.50 | 7,717.50 | 28.83 | 0.49 |
| | 29 | 11/12/09 | 610 | BankFinancial FSB<br>Crowley & Lamb P.C.<br>350 N LaSalle Street Ste 900<br>Chicago, IL 60654 | 9,732.98 | 9,732.98 | 36.36 | 0.62 |
| | 38 | 11/13/09 | 610 | Shnitzer Gottlieb Samet & Co.<br>27th Floor<br>7 Menachem Begain St.<br>Ramat-Gan 5268102 Israel, | 79,158.00 | 79,158.00 | 295.68 | 4.99 |
| | 49 | 07/07/11 | 610 | FIA CARD SERVICES, N.A.<br>c/o Bank of America and MBNA America Ban<br>PO Box 15102<br>Wilmington, DE 19886-5102 | 5,171.20 | 5,171.20 | 19.32 | 0.33 |

(*) Denotes objection to Amount Filed

Printed: 04/10/15 09:13 AM

Page: 3

# Claims Distribution Small Checks

**Case:** 09-17582 - DRAIMAN, NACHSHON

**Trustee: RICHARD M. FOGEL (330720)**

| Account No. | Check No. Issued | Claim No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|
|  |  | 55 | 05/13/11 | 610 | State of Michigan<br>Department of Treasury/Revenue/AG<br>P.O. Box 30455<br>Lansing, MI 48909 | 237.65 | 237.65 | 0.89 | 0.02 |

(*) Denotes objection to Amount Filed