# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | } | Case No. 09-17582 |
| | } | Chapter 7 |
| DRAIMAN, NACHSHON | } | |
| | } | Judge Timothy A. Barnes |
| | } | |
| Debtors. | } | |

## SECOND REPORT OF DEPOSIT OF UNCLAIMED FUNDS

Richard M. Fogel, the Chapter 7 trustee (the "Trustee") for the estate of Nachshon Draiman (the "Debtor") hereby gives notice that, pursuant to the provisions of 11 U.S.C. § 347(a), he has paid into the Court the following property of the Debtor's estate:

1. On December 18, 2014, the Trustee issued final dividend checks to creditors and parties in interest in accordance with the Final Report filed with the Court on November 6, 2014.

2. The Trustee received additional property of the estate and on April 10, 2015, the Trustee issued second and supplemental dividend checks to creditors.

3. As of July 13, 2015, all of the supplemental dividend checks have been presented for payment except for the check(s) identified on Exhibit A, attached hereto.

4. Pursuant to the provisions of 11 U.S.C. § 347(a), the Trustee has paid the sum of $218.93 to the Clerk of the Court to be disposed of in accordance with Chapter 129 of title 28.

Dated: July 13, 20215                              Respectfully submitted,

                                                                    */s/ Richard M. Fogel*
                                                                    Richard M. Fogel, Trustee
                                                                    321 N. Clark Street, Suite 800
                                                                    Chicago, IL 60654
                                                                    (312) 276-1334

{4273 NTC A0153456.DOC}

## CERTIFICATE OF SERVICE

I, Richard M. Fogel, do hereby certify that on July 13, 2015, I caused a copy of the foregoing Notice to be served by regular U.S. Mail, proper postage pre-paid, on the parties indicated on the Service List below from 321 N. Clark Street, Chicago, IL 60654.

*/s/ Richard M. Fogel*

## SERVICE LIST

Office of the U.S. Trustee
219 S. Dearborn Street, Suite 873
Chicago, IL 60604

America's Wholesale Lender
7105 Corporate Drive
Plano, TX 75024-4100

BAC Home Loans Servicing LP
2380 Performance Drive, Bldg C
Richardson, TX 75082

Chicago/Skokie ND SB1 LLC
c/o Aronberg Goldgehn
Attn: William Seritella
330 N. Wabash, Suite 1700
Chicago, IL 60611

Great-West Life & Annuity Insurance Co.
c/o Chittenden Murday & Novotny
303 W. Madison, Suite 1400
Chicago, IL 60606

Jack Rajchdenbach
c/o Gould & Ratner
Attn: Mark Leipold
222 N. LaSalle St., Suite 800
Chicago, IL 60601

{4273 NTC A0153456.DOC}

Bruria Draiman
c/o Gould & Ratner
Attn: Mark Leipold
222 N. LaSalle St., Suite 800
Chicago, IL 60601

Horseshoe Casino Hammond
c/o Robert Aisenstein, Esq.
2114 Fountain Springs Dr.
Henderson, NV 89074

{4273 NTC A0153456.DOC}

# EXHIBIT A

| Claim No. | Creditor | Description | Amount |
| --- | --- | --- | --- |
| 12 | America's Wholesale Lenders | 726(a)(2) | $ 8.12 |
| 13 | BAC Home Loans Servicing LP | 726(a)(2) | $33.76 |
| 19 | Great-West Life & Annuity Insurance Co. | 726(a)(2) | $12.08 |
| 21 | Chicago/Skokie ND SB1 LLC | 726(a)(2) | $19.68 |
| 23 | Jack Rajchenbach | 726(a)(2) | $44.09 |
| 34-2 | Bruria Draiman | 726(a)(2) | $94.49 |
| 42-2 | Horseshoe Casino Hammond | 726(a)(2) | $ 6.71 |